UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL LOMAX, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   20-55 (RC)(ZMF) |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

The Court referred this case to a U.S. Magistrate Judge for full case management on April 30, 2020.  ECF No. 17.  This case was first assigned to Magistrate Judge Deborah A. Robinson, and later assigned to Magistrate Judge Zia M. Faruqui.

Plaintiff filed a Motion for Judgment of Reversal on June 29, 2020, and Defendant filed a Motion for Judgment of Affirmance on August 14, 2020.  ECF Nos. 18–19.  Magistrate Judge Faruqui issued a Report and Recommendation on August 4, 2021, that recommends granting Plaintiff's Motion for Judgment of Reversal, denying Defendant's Motion for Judgment of Affirmance, and remanding this matter for further proceedings.  ECF No. 25.  The Report and Recommendation recommends "reversal of the Commissioner of Social Security's decision adopting the findings of an Administrative Law Judge . . . and denying [Plaintiff's] application for Supplemental Security Income and Social Security Disability Insurance" "only on the ground that the SSA failed to adequately consider Mr. Lomax's medication side effects." *Id.* at 1, 23. No objections have been received, and all objections are thus deemed waived.  *Elec. Transaction Sys. Corp. v. Prodigy Partners Ltd.*, 2009 WL 3273920, at *1 (D.D.C. Oct. 9, 2009).

Accordingly, it is this 23rd day of August, 2021, hereby:

**ORDERED** that Magistrate Judge Faruqui's Report and Recommendation is adopted in full; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Judgment of Reversal is granted; and it is

**FURTHER ORDERED** that this matter is remanded for further proceedings consistent with the Report and Recommendation; and it is

**FURTHER ORDERED** that Defendant's Motion for Judgment of Affirmance is denied.

**SO ORDERED**.

RUDOLPH CONTRERAS<br>United States District Judge